# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| King Grant-Davis, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 2:15-cv-2521-PMD-MGB |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| South Carolina Office of the Governor and South Carolina Vocational Rehabilitation Department, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter is before the Court upon United States Magistrate Mary Gordon Baker's report and recommendation ("R & R") (ECF No. 59) that the Court deny Defendants' motion for summary judgment (ECF No. 52). Defendants concur. Having carefully reviewed the R & R, the Court finds no errors therein and thus adopts it. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005). Defendants' motion is therefore **DENIED**.

Defendants ask the Court to order that they retain the right to make several specific challenges to Plaintiff's claims. Magistrate Judge Baker's recommendation to give the parties sixty more days to file dispositive motions, which the Court adopts, sufficiently addresses that request.

**IT IS SO ORDERED.**

_____
PATRICK MICHAEL DUFFY
United States District Judge

**February 17, 2017**
**Charleston, South Carolina**